UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MIGUEL CARDONA INOSTROZ,

    Petitioner,

v.

JOEL MARTINEZ, Warden,

    Respondent.

Case No. 17-cv-05577-HSG (PR)

**ORDER GRANTING PETITIONER'S APPLICATION FOR EXTENSION OF TIME TO FILE TRAVERSE**

Re: Dkt. No. 5

Good cause appearing, petitioner's application for an extension of time to file a traverse is hereby GRANTED. Petitioner shall file his traverse no later than **April 27, 2018**.

This order terminates Docket No. 5.

**IT IS SO ORDERED.**

Dated: 2/9/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge