UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL CARDONA INOSTROZ,<br>Petitioner,<br>v.<br>LAURA ELDRIDGE,[1]<br>Respondent. | Case No. 17-cv-05577-HSG<br><br>**ORDER DENYING CERTIFICATE OF APPEALABILITY; DENYING LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL**<br><br>Re: Dkt. Nos. 18, 20, 22 |

Petitioner, a *pro se* prisoner, filed this action for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 21, 2020, the Court denied the habeas petition, denied a certificate of appealability and entered judgment in favor of respondent. Dkt. Nos. 11, 12. Now pending before the Court are petitioner's requests for a certificate of appealability (Dkt. Nos. 20, 22) and petitioner's request for leave to proceed *in forma pauperis* on appeal (Dkt. No. 18). A certificate of appealability is DENIED for the same reasons set forth in the Court's January 21, 2020 order denying the habeas petition. Petitioner has not made a substantial showing that a reasonable jurist would find the denial of his petition debatable or wrong. *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Because the Court has denied a certificate of appealability, the Court will also deny leave to proceed *in forma pauperis* on appeal. Dkt. No. 18. The Clerk shall process the appeal and forward a copy of this order to the United States Court of Appeals.

//

//

//

---

[1] Laura Eldridge, the current warden of the prison where petitioner is incarcerated, has been substituted as respondent pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

1   This order terminates Dkt. Nos. 18, 20, 22.

2   **IT IS SO ORDERED.**

3   Dated: 4/29/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge